1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    RAYMUNDO ESCOBAR

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          ) Case No.  2:25-CR-15-TLN-1
                                       )
11             Plaintiff,              ) **STIPULATION AND ORDER TO CONTINUE**
                                       ) **STATUS CONFERENCE AND EXCLUDE TIME**
12             vs.                     )
                                       )
13  RAYMUNDO ESCOBAR,                  ) Date:   February 6, 2025
                                       ) Time:  9:30 A.M.
14             Defendant.              ) Judge: Hon. Troy L. Nunley, Chief District Judge
                                       )
15  _____  )

16          IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney

17  Michele Beckwith, through Assistant United States Attorney Emily Sauvageau, counsel for

18  Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina

19  Sinha, counsel for Mr. Escobar, that the status conference, currently set for February 06, 2025,

20  may be continued to April 10, 2025, at 9:30 a.m., with time between the dates excluded, as detailed

21  below.

22          The parties specifically stipulate as follows:

23          1.      The indictment in this case was filed on January 23, 2025.  Dkt. 13.

24          2.      The government has relayed that there are are several related cases to the instant

25                  matter.

26          3.      Undersigned defense counsel represents that she requires additional time to

27                  investigate this case, conduct legal research, consult with her client, and otherwise

28                  prepare for trial.  Additionally, the parties are negotiating issues related to

1    discovery.  Undersigned defense counsel believes that failure to grant the requested

2    continuance would deny her the reasonable time necessary for effective

3    preparation, taking into account the exercise of due diligence.

4    4.    The government does not object to the continuance.

5    5.    All time has been excluded through and including February 06, 2025.  *See* 18

6    U.S.C. § 3161(c)(1); *see also* dkt. 13, 15.

7    6.    The parties stipulate that the ends of justice served by granting the continuance

8    outweighs the best interest of the public and Mr. Escobar in a speedy trial, and

9    respectfully request the Court so to find.  For the purpose of computing time under

10    18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time

11    period between February 06, 2025 and April 10, 2025 (inclusive) be deemed

12    excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it

13    would result from a continuance granted by the Court at the defense's request,

14    based on a finding that the ends of justice served by granting the continuance

15    outweighs the best interest of the public and Mr. Escobar in a speedy trial.

16    The parties therefore respectfully request this Court to adopt the parties' stipulation in its

17    entirely as its Order.

18    Respectfully submitted,

19    HEATHER E. WILLIAMS
    Federal Defender

20

21    Date: January 30, 2025    */s/  Christina Sinha*
    CHRISTINA SINHA
    Assistant Federal Defender

22    Attorneys for Defendant
    RAYMUNDO ESCOBAR

23

24    Date: January 30, 2025    MICHELE BECKWITH

25    Acting United States Attorney

26    */s/ Emily Sauvageau*
    EMILY SAUVAGEAU

27    Assistant United States Attorney
    Attorneys for Plaintiff

28

1

<u>**O R D E R**</u>

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5    IT IS SO ORDERED.

6

7    Dated: January 30, 2025          _____

8                                     Troy L. Nunley
                                      Chief United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28